# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ROBERT JAMES FISCHER,<br>a/k/a Zach Brown<br>and<br>CHEERISH NOEL TAYLOR,<br>*Defendant(s)* | Case No. 1:23-MJ-114<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 2021 through May 2023** in the city/county of **Manassas** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A), and 846 | Conspiracy to distribute controlled substances, including 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Heather Call
*Printed name and title*

*Complainant's signature*

FBI Special Agent Daniel McCoy
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ (specify reliable electronic means).

Date: 6/1/2023

Digitally signed by Ivan Davis
Date: 2023.06.01 15:04:49 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*