# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City: Manassas
- County:

- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:23-MJ-114
- Search Warrant Case No.:

- Judge Assigned:
- Criminal No.:
- New Defendant: X
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** ROBERT JAMES FISCHER
- **Alias(es):** ZACH BROWN
- ☐ Juvenile
- **FBI No.:**
- **Address:** Phoenix, AZ
- **Employment:**
- **Birth Date:** xx/xx/1988
- **SSN:** xxx-xx-4077
- **Sex:** Male
- **Race:** White
- **Nationality:** United States
- **Place of Birth:** United States
- **Height:** 6′
- **Weight:** 150 lbs
- **Hair:**
- **Eyes:** Green
- **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:     in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:** Drewery Hutcheson, Gregory Hunter
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Heather D. Call
- **Phone:** (703) 299-3700
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Daniel McCoy, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | Consp. to distribute controlled substances, including 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing heroin, a Schedule I controlled substance | 1 | Felony |
| Set 2: | | | | |

**Date:**   **AUSA Signature:**   *may be continued on reverse*