**Criminal Case Cover Sheet**        FILED: REDACTED        <u>U.S. District Court</u>

**Place of Offense:**        ☒ **Under Seal**        **Judge Assigned:**

City: Manassas        Superseding Indictment:        **Criminal No.**

County:        Same Defendant:        New Defendant: X

Magistrate Judge Case No. 1:23-MJ-114        **Arraignment Date:**

Search Warrant Case No.        R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** CHEERISH NOEL TAYLOR        Alias(es):        ☐ Juvenile   FBI No.

**Address:** Phoenix, AZ

Employment: Half Moon Sports Grill, Phoenix, AZ

**Birth Date:** xx/xx/1986   **SSN:** xxx-xx-4543   **Sex:** Female   Race: White   Nationality: United States

**Place of Birth:** Kentucky   Height: 5' 5"   Weight:   Hair: Brown   Eyes: Brown   Scars/Tattoos:

☐ **Interpreter**   **Language/Dialect:**        Auto Description:

**Location/Status:**

**Arrest Date:**        ☐ Already in Federal Custody as of:        in:

☐ Already in State Custody        ☐ On Pretrial Release        ☐ Not in Custody

☒ Arrest Warrant Requested        ☐ Fugitive        ☐ Summons Requested

☐ Arrest Warrant Pending        ☐ Detention Sought        ☐ Bond

**Defense Counsel Information:**

**Name:**        ☐ Court Appointed   Counsel Conflicts: Drewery Hutcheson, Gregory Hunter

Address:        ☐ Retained

Phone:        ☐ Public Defender        ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Heather D. Call        **Phone:** (703) 299-3700        Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Daniel McCoy, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A), and 846 | Consp. to distribute controlled substances, including 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing heroin, a Schedule I controlled substance | 1 | Felony |
| Set 2: | | | | |

**Date:**        **AUSA Signature:**        *may be continued on reverse*