AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.
ROBERT JAMES FISCHER,
a/k/a Zach Brown
and
CHEERISH NOEL TAYLOR,

Defendant

Case No. 1:23-MJ-114

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHEERISH NOEL TAYLOR

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute controlled substances, including 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(A), and 846.

Date: 06/01/2023

Digitally signed by Ivan Davis
Date: 2023.06.01 15:03:35 -04'00'

*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/2/2023, and the person was arrested on *(date)* 6/5/2023
at *(city and state)* Phoenix, Arizona

Date: 6/5/2023

*Arresting officer's signature*

Dan McCoy, Special Agent
*Printed name and title*

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC ORIGINAL HELD BY U.S. MARSHAL.