Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-09319-ESW-1

| | |
|---|---|
| Case title: USA v. Fischer et al | Date Filed: 06/06/2023 |
| Other court case number: 1:23-mj-00114-IDD Eastern District of Virginia - (Alexandria) | Date Terminated: 06/13/2023 |

Assigned to: Magistrate Judge Eileen S Willett

**Defendant (1)**

| | | |
|---|---|---|
| **Robert James Fischer**<br>63297-510<br>*TERMINATED: 06/13/2023*<br>also known as<br>Zach Brown<br>*TERMINATED: 06/13/2023* | represented by | **Ian Ormsby Bucon**<br>Federal Public Defender's Office - Phoenix, AZ<br>850 W Adams St., Ste. 201<br>Phoenix, AZ 85007<br>602-382-2700<br>Email: ian_bucon@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Complaint: 21:841(a)(1), 841(b)(1)(A), and 846 - Conspiracy to Distribute Controlled Substances, Including 50 Grams or More of Methamphetamine, a Schedule II Controlled Substance, and a Mixture and Substance Containing Heroin, a Schedule I Controlled Substance | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Christine Ducat Keller**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7760<br>Email: christine.keller@usdoj.gov<br>*TERMINATED: 06/12/2023*<br>*LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED
*Designation: Assistant US Attorney*

**Timothy Harrison Courchaine**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Email: timothy.courchaine@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2023 | 1 | Arrest (Rule 5 - warrants issued by Eastern District of Virginia, Alexandria) of Robert James Fischer and Cheerish Noel Taylor. (KMB) (Entered: 06/06/2023) |
| 06/12/2023 | 4 | **MINUTE ENTRY** for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Robert James Fischer held on 6/12/2023. FINANCIAL AFFIDAVIT TAKEN. Appointing Ian Ormsby Bucon on behalf of Defendant. Rule 5(c)(3) Identity Hearing waived. THE COURT FINDS Defendant is the individual named in the Complaint and warrant. Defendant reserves his right to Detention and Preliminary Hearings for the charging district. Order of Commitment to be issued.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Timothy Courchaine for the Government, AFPD Ian Bucon for Defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 3:19 PM to 3:24 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) (Entered: 06/13/2023) |
| 06/12/2023 | 5 | SEALED CJA 23 Financial Affidavit by Robert James Fischer. (KGM) (Entered: 06/13/2023) |
| 06/13/2023 | 6 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge John Z Boyle.(KGM)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 06/13/2023) |
| 06/13/2023 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Robert James Fischer. Defendant committed to Eastern District of Virginia. Signed by Magistrate Judge John Z Boyle on 6/13/2023.(KGM) (Entered: 06/13/2023) |
| 06/13/2023 | 8 | Notice to Eastern District of Virginia of a Rule 5 or Rule 32 Initial Appearance as to Robert James Fischer. Your case number is: 1:23-MJ-00114-IDD. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (KGM) (Entered: 06/13/2023) |