# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** [ ] Under Seal

City: Manassas
County:

Superseding Indictment:
Same Defendant: X
Magistrate Judge Case No.: 1:23-MJ-114
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.:** 1:23CR
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** ROBERT JAMES FISCHER   **Alias(es):** ZACH BROWN   [ ] Juvenile   **FBI No.** 50482NC7

**Address:** Phoenix, AZ 85018

**Employment:**

**Birth Date:** 1988   **SSN:** 4077   **Sex:** Male   **Race:** White   **Nationality:** United States

**Place of Birth:** United States   **Height:** 6'   **Weight:** 150 lbs   **Hair:**   **Eyes:** Green   **Scars/Tattoos:**

[ ] **Interpreter**   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:** June 5, 2023   [X] Already in Federal Custody as of: June 5, 2023   in: District of Arizona

[ ] Already in State Custody   [ ] On Pretrial Release   [ ] Not in Custody
[X] Arrest Warrant Requested   [ ] Fugitive   [ ] Summons Requested
[ ] Arrest Warrant Pending   [ ] Detention Sought   [ ] Bond

## Defense Counsel Information:

**Name:**    [ ] Court Appointed   **Counsel Conflicts:** Drewery Hutcheson, Gregory Hunter
**Address:**   [ ] Retained
**Phone:**   [ ] Public Defender   [X] Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Heather D. Call   **Phone:** (703) 299-3700   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Daniel McCoy, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute Methamphetamine, Heroin and para-Fluorofentanyl | 1 | Felony |
| Set 2: | | | | |

**Date:** June 28, 2023   **AUSA Signature:** [signed]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** [ ] Under Seal

**Judge Assigned:** Ellis

City: Manassas

Superseding Indictment:

**Criminal No.** 1:23CR 112

County:

Same Defendant: X

New Defendant:

Magistrate Judge Case No. 1:23-MJ-114

Arraignment Date:

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: CHEERISH NOEL TAYLOR    Alias(es):    [ ] Juvenile    FBI No. 894106FH5

Address: Phoenix, AZ 85018

Employment: Phoenix, AZ 85016-3343

Birth Date: 1986    SSN: 4543    Sex: Female    Race: White    Nationality: United States

Place of Birth: Kentucky    Height: 5' 5"    Weight:    Hair: Brown    Eyes: Brown    Scars/Tattoos:

[ ] Interpreter   Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date: June 5, 2023    [X] Already in Federal Custody as of: June 5, 2023    in: District of Arizona

[ ] Already in State Custody    [ ] On Pretrial Release    [ ] Not in Custody

[X] Arrest Warrant Requested    [ ] Fugitive    [ ] Summons Requested

[ ] Arrest Warrant Pending    [ ] Detention Sought    [ ] Bond

**Defense Counsel Information:**

Name:    [ ] Court Appointed    Counsel Conflicts: Drewery Hutcheson, Gregory Hunter

Address:    [ ] Retained

Phone:    [ ] Public Defender    [X] Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Heather D. Call    Phone: (703) 299-3700    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Daniel McCoy, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute Methamphetamine, Heroin and para-Fluorofentanyl | 1 | Felony |
| Set 2: | | | | |

Date: June 28, 2023    AUSA Signature:    *may be continued on reverse*