TYPE OF HEARING: _Rule 5_
CASE NUMBER: _1:23-cr-112_
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: _7-5-2023_
TIME: _2:00pm_
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

_Robert James Fischer_

GOVT. ATTY: _Caroline Pearson_

DEFT'S ATTY: _w/o Counsel_

DUTY AFPD: _____

INTERPRETER/LANGUAGE_____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( ✔ )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ✔ ) FPD ( ) CJA ( ✔ ) Conflict List ( ✔ )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

_Matter continued for status_

BOND _____

NEXT COURT APPEARANCE _7/7/2023_    TIME _2:00pm_
_status - LRV_ + _7/14/2023 @ 9:00am_
_arraignment_
_w/ TSE_

_3min._