TYPE OF HEARING: **Rule 5**
CASE NUMBER: **1:23-CR-112**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **7-5-2023**
TIME: **2:00 PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Cheerish Noel Taylor**

GOVT. ATTY: **Caroline Pearson**

DEFT'S ATTY: **w/o Counsel**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✓)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (✓) FPD ( ) CJA (✓) Conflict List (✓)
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

**Matter Continued For Status**

BOND _____

NEXT COURT APPEARANCE **7/7/2023**    TIME **2:00 PM**
**Status - LRV + 7/14/2023 @ 9:00 AM Arraignment w/ TSE**

3 min