TYPE OF HEARING: **STATUS**
CASE NUMBER: **1:23-CR-112**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **7-7-2023**
TIME: **2:00 PM**

EASTERN DISTRICT OF VIRGINIA   TAPE: FTR RECORDER

UNITED STATES OF AMERICA

VS.

**ROBERT JAMES FISCHER**
**CHEERISH NOEL TAYLOR**

GOVT. ATTY: **RYAN BREDEMEIER**

DEFT'S ATTY: **MUHAMMAD ELSAYED AS TO DEFT FISCHER**
**ANDREW STEWART AS TO DEFT. TAYLOR**
DUTY AFPD: _____

INTERPRETER/LANGUAGE_____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( ✓ )

**MATTER CONTINUED FOR DH AS TO DEFT. FISCHER.**
**AR PREVIOUSLY SET AS TO ALL DEFTS.**

BOND **DEFTS REMANDED TO USMS.**

NEXT COURT APPEARANCE **7/10/2023**   TIME **2:00 PM**
**DH-JFA AS TO DEFT. FISCHER**