TYPE OF HEARING: Det. Hearing
CASE NUMBER: 23-CR-112
MAGISTRATE JUDGE: John F. Anderson
DATE: 7/10/23
TIME: 2pm
TAPE: FTR RECORDER/501

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Robert James Fischer

GOVT. ATTY: Heather Call

DEFT'S ATTY: Muhammad Elsayed

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE (  )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (  )
DEFT INFORMED OF THE VIOLATION(S) (  )
COURT TO APPOINT COUNSEL (  )  FPD (  ) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (  )

Gov. seeking detention
Def argues for release w/ conditions - denied

BOND Remanded

NEXT COURT APPEARANCE 7/14/23   TIME 9AM
Arr. date previously set