# UNITED STATES DISTRICT COURT
## * Arrangement *

Date:  07/14/2023  
Court Time:  10:10 a.m. – 10:23 a.m. (00:13)

Case No.:  1:23-cr-00112-TSE

---

## UNITED STATES OF AMERICA v. ROBERT JAMES FISCHER (1)
## CHEERISH NOEL TAYLOR (2)

PRESENT:        Honorable **T.S. Ellis, III**,   U. S. District Judge

COURTROOM DEPUTY:        Tanya Randall  
COURTROOM REPORTER:      Rebecca Stonestreet  
ASST. U.S. ATTORNEY:     Heather Diefenbach Call  
COUNSEL FOR DEFT:        Muhammad Elsayed (1)  
                         Andrew Stewart (2)

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[   ] Indictment/Information read

[   ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS to be filed by **AUGUST 11, 2023** w/RESPONSES governed by the local rules and ARGUMENT on **SEPTEMBER 1, 2023 @ 9:00 A.M.**  CASE CONTINUED TO **OCTOBER 3, 2023 @ 10:00 A.M.** for **JURY TRIAL (approx. 2-3 days)**

[ X ] Discovery Order entered in open court  
[   ] Protective Order entered in open court

- Gov't to submit agreed upon speedy trial order by the close of business on July 18, 2023.

**Defendants**  [ X ] Remanded   [   ] Continued on Bond   [   ] Released on _____ Bond –  
see Order Setting Conditions of Release