### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO.   1:23-CR-112 (TSE)** |
| : | |
| **ROBERT JAMES FISCHER** : | |
| : | |
| **Defendant.** : | |

### UNOPPOSED MOTION TO EXTEND DEADLINE
### FOR PRETRIAL MOTIONS AND RESCHEDULE MOTIONS HEARING

COMES NOW the Defendant, Robert James Fischer, by counsel, and moves the Court to reschedule the deadline to submit pretrial motions to August 25, 2023, and to reschedule the motions hearing, if any, to September 15, 2023.

1. Mr. Fischer was indicted on June 29, 2023 on the charge of conspiracy to distribute controlled substances, including at least 50 grams of methamphetamine. He was arraigned on July 14, 2023, at which time the Court set a deadline to file pretrial motions by August 11, 2023, with a motions hearing, if necessary, to be held on September 1, 2023. The Court also entered a Protective Order regarding discovery.

2. The parties are actively engaged in discussions regarding possible resolutions to the case. Additionally, the volume of discovery is substantial, as is the time necessary to review it with Mr. Fischer, who is detained at Northern Neck Regional Jail, particularly in light of the limitations imposed by the Protective Order.

3. The Government has no objection to the requested resetting of the motions deadline and motions hearing.

Accordingly, counsel for Mr. Fischer moves the Court to extend the motions filing deadline to August 25, 2023 and to reset the motions hearing, if one becomes necessary, to September 15, 2023.

Respectfully Submitted,<br>
Robert James Fischer<br>
By Counsel

ELSAYED LAW PLLC

BY: ____/s/_____
Muhammad Elsayed
Virginia Bar No. 86151
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 884-2636
(703) 884-2637 (fax)
me@elsayedlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

____/s/_____<br>
Muhammad Elsayed<br>
Virginia Bar No. 86151<br>
3955 Chain Bridge Road<br>
Second Floor<br>
Fairfax, Virginia 22030<br>
(703) 884-2636<br>
(703) 884-2637 (fax)<br>
me@elsayedlaw.com
