**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | CASE NO.   1:23-CR-112 (TSE) |
| : | |
| **ROBERT JAMES FISCHER** : | |
| **Defendant.** : | |

## ORDER

THIS CAUSE comes before the Court upon the motion of the Defendant, Robert James Fischer, by counsel, and without objection by the Government, requesting an extension of the deadline for pretrial motions and the rescheduling of the motions hearing date.

IT APPEARING that this request is proper and should be granted, it is therefore

ORDERED that all pretrial motions shall be filed no later than August 25, 2023, with responses to be governed by the deadlines provided in the Local Rules.  It is further ORDERED that the motions hearing shall be reset for September 15, 2023.

ENTERED this _____ day of _____, 2023.

_____
Hon. T.S. Ellis III