IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cr-112 |
| ROBERT JAMES FISCHER, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant Robert James Fischer's motion, by counsel, to extend the deadline for pretrial motions and to reschedule the motions hearing date. Because the government does not object and because Defendant's counsel needs additional time to review the substantial volume of discovery with Defendant, it is appropriate to grant the motion.

Accordingly,

It is hereby **ORDERED** that Defendant Fischer's Unopposed Motion to Extend Deadline for Pretrial Motions and Reschedule Motions Hearing (Dkt. 40) is **GRANTED**.

It is further **ORDERED** that all pretrial motions shall be filed no later than **August 25, 2023**, with responses to be governed by the deadlines provided in the Local Rules.

It is further **ORDERED** that the motions hearing currently scheduled for September 1, 2023 is **CONTINUED** to **Friday, September 15, 2023 at 9:00 a.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 11, 2023

T. S. Ellis, III
United States District Judge