# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date:  08/25/2023  
Time:  11:13 a.m. – 12:19 p.m. (01:06)

Case #:  1:23-cr-00112-TSE-2  
Interpreter/Lang:  N/A

Honorable <u>**T.S. ELLIS III**</u>, United States District Judge, Presiding

<u>Tanya Randall</u>  
Courtroom Deputy

<u>Rebecca Stonestreet</u>  
Court Reporter

UNITED STATES OF AMERICA  
v.  
<u>**CHEERISH NOEL TAYLOR**</u>

Deft appeared: [ X ] in person          [  ] failed to appear  
[ X ] with Counsel       [  ] without Counsel  
[  ] through Counsel

<u>ANDREW STEWART</u>  
**Counsel for Defendant**

<u>HEATHER CALL</u>  
**Counsel for Government**

**Matter called for:**  
[  ] Pre-Indictment Plea     [ X ] Change of Plea     [  ] Plea Agreement

**Filed in open court:**  
[  ] Information     [ X ] Plea Agreement   [ X ] Statement of Facts     [  ] Waiver of Indictment

**Arraignment & Plea:**  
[  ] WFA     [  ] FA     [  ] PG

**Plea:**  
[ X ] Deft entered a Plea of Guilty as to Count(s) <u>1</u> of the   [ X ] Indictment     [  ] Information  
[ X ] Plea accepted by the Court.  
[  ] Deft waived right to PSI and consent to proceed with sentencing.  
[  ] Motion for Dismissing Count(s) _____ by [  ] US or [  ] Deft  
[  ] Order entered in open court          [  ] Order to follow  
[ X ] Deft directed to USPO for PSI     [ X ] Yes       [  ] No  
[ X ] Case continued to:  **FRIDAY, DECEMBER 8, 2023** at **09:00 A.M.** for:  
    [  ] Jury Trial     [  ] Bench Trial     [  ] Pre-Guidelines Sentencing     [ X ] Guidelines Sentencing

[ X ] Deft remanded     [  ] Deft Released on Bond     [  ] Deft Continued on same bond conditions

\#     Cancel previously scheduled Jury Trial set for:  <u>Tuesday, 10/3/2023 at 10:00 a.m.</u>