# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 08/25/2023  
Time: 01:35 p.m. – 02:26 p.m. (00:51)

Case #: 1:23-cr-00112-TSE-1  
Interpreter/Lang: N/A

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Rebecca Stonestreet |
|---|---|
| Courtroom Deputy | Court Reporter |

UNITED STATES OF AMERICA  
v.  
**ROBERT JAMES FISCHER**

Deft appeared: [ X ] in person          [   ] failed to appear  
[ X ] with Counsel         [   ] without Counsel  
[   ] through Counsel

MUHAMMAD ELSAYED  
**Counsel for Defendant**

HEATHER CALL  
**Counsel for Government**

**Matter called for:**  
[   ] Pre-Indictment Plea          [ X ] Change of Plea          [   ] Plea Agreement

**Filed in open court:**  
[   ] Information     [ X ] Plea Agreement   [ X ] Statement of Facts     [   ] Waiver of Indictment

**Arraignment & Plea:**  
[   ] WFA     [   ] FA     [   ] PG

**Plea:**  
[ X ] Deft entered a Plea of Guilty as to Count(s) 1 of the   [ X ] Indictment     [   ] Information  
[ X ] Plea accepted by the Court.  
[   ] Deft waived right to PSI and consent to proceed with sentencing.  
[   ] Motion for Dismissing Count(s) _____ by [   ] US or [   ] Deft  
[   ] Order entered in open court          [   ] Order to follow  
[ X ] Deft directed to USPO for PSI     [ X ] Yes       [   ] No  
[ X ] Case continued to: **FRIDAY, JANUARY 5, 2024** at **09:00 A.M.** for:

  [   ] Jury Trial     [   ] Bench Trial     [   ] Pre-Guidelines Sentencing     [ X ] Guidelines Sentencing

[ X ] Deft remanded    [   ] Deft Released on Bond    [   ] Deft Continued on same bond conditions

\#    Cancel previously scheduled Jury Trial set for: Tuesday, 10/3/2023 at 10:00 a.m.