# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Criminal No: 1:23-cr-00112** |
| ) | **The Honorable T. S. Ellis, III** |
| **CHEERISH TAYLOR,** ) | |
|     **Defendant.** ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Comes Now the defendant, Cheerish Taylor, by and through undersigned counsel, and respectfully requests that this Court continue the sentencing hearing that is currently scheduled for December 8, 2023, at 9:00 a.m. and reset the matter for January 5, 2024, at 9:00 a.m.

1. On August 25, 2023, Ms. Taylor appeared before this Court and entered a guilty plea. The matter was scheduled for sentencing on December 8, 2023, at 9:00 am.

2. On August 25, 2023, Mr. Robert Fischer, Ms. Taylor's codefendant, also appeared before this Court and entered a guilty plea. The matter was scheduled for sentencing on January 5, 2024, at 9:00 am.

3. Ms. Taylor prefers to be sentenced on the same date as Mr. Fischer in order to better address issues including relative culpability, role in the offense, and possible sentencing disparities that may exist between her and Mr. Fischer that arise in the parties sentencing pleadings.

4. The government does not oppose this request.

Wherefore, for the foregoing reasons, Ms. Taylor respectfully requests that this Court grant her unopposed motion to continue the sentencing hearing and reset the matter for January 5, 2024, at 9:00 a.m.

Filed: October 17, 2023.

                                  Respectfully submitted,

                                  Cheerish Taylor

                                  By:  /s/ *Andrew M. Stewart*          .
                                  Andrew M. Stewart
                                  Virginia State Bar No. 68683
                                  Attorney for the defendant
                                  Dennis, Stewart & Krischer PLLC
                                  2111 Wilson Boulevard, 8th Floor
                                  Arlington, Virginia 22201
                                  Telephone: 703-248-0626
                                  Facsimile: 703-248-8971
                                  andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of October 2023, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

Heather Call
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

                                                   By: /s/ *Andrew M. Stewart* .
                                                   Andrew M. Stewart
                                                   Virginia State Bar No. 68683
                                                   Attorney for the defendant
                                                   Dennis, Stewart & Krischer PLLC
                                                   2111 Wilson Boulevard, 8th Floor
                                                   Arlington, Virginia 22201
                                                   Telephone: 703-248-0626
                                                   Facsimile: 703-248-8971
                                                   andrew.m.stewart.esq@gmail.com