**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No: 1:23-cr-00112** |
| | ) | |
| **CHEERISH TAYLOR,** | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant Cheerish Taylor's unopposed motion to continue the

sentencing hearing, and for good cause shown, it is HEREBY ORDERED that the motion is

GRANTED; and it is further

ORDERED that the sentencing hearing is hereby reset for January 5, 2024, at 9:00 a.m.

ENTERED this ___ day of October 2023.

_____
The Honorable T. S. Ellis, III
United States District Judge