IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:23-cr-00112 |
| ) | |
| CHEERISH TAYLOR, ) | |
|     Defendant. ) | |

### ORDER

Upon consideration of Defendant Cheerish Taylor's unopposed motion to continue the sentencing hearing (Dkt. 49), and for good cause shown,

It is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the sentencing hearing is hereby **RESCHEDULED** for **January 5, 2024, at 10:00 a.m.**

Alexandria, Virginia
October 26, 2023

_____
T. S. Ellis, III
United States District Judge